DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

BOARD OF TRANSPORTATION v. RAND

No. 295.

No. 20 (Spring Term).

Case below: 42 N.C. App. 202.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 6 November 1979.

BULLARD v. JOHNS-MANVILLE CORP.

No. 4 PC.

Case below: 42 N.C. App. 370.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 6 November 1979.

DANIELS v. JONES

No. 35 PC.

Case below: 42 N.C. App. 555.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1979.

DISTRIBUTORS, INC. v. DEPARTMENT OF TRANSPORTATION

No. 48 PC.

Case below: 41 N.C. App. 548.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 6 November 1979.

DIXON v. REALTY CO.

No. 50 PC.

Case below: 42 N.C. App. 650.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 November 1979.